1  WRIGHT, FINLAY & ZAK, LLP
   T. Robert Finlay, Esq., SBN 167280
2  Robert B. Norum, Esq., SBN 240301
3  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660
4  Tel: (949) 477-5050; Fax: (949) 477-9200
   rfinlay@wrightlegal.net; bnorum@wrightlegal.net
5

6  Attorneys for Defendants, SAXON MORTGAGE, INC. and DEUTSCHE BANK NATIONAL
   TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-2,
7  erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 RUTH SIAS,                              ) Case No.: 2:09-CV-01402-JAM-GGH
                                           )
13            Plaintiff,                   ) HON. JOHN A. MENDEZ
                                           )
14       vs.                               ) [PROPOSED] ORDER GRANTING
                                           ) MOTION TO DISMISS FIRST
15                                         ) AMENDED COMPLAINT
   SAXON MORTGAGE, INC.; DEUTSCHE          )
16 BANK NATIONAL TRUST COMPANY;            )
17 REGIONAL SERVICE CORPORATION,           )
   REGIONAL TRUSTEE SERVICES               )
18 CORPORATION; PREMIER MORTGAGE;          )
   NORMAN D. MULLIN; ALEKSANDR             )
19 GOLDSHTADT; ALEX NIKOLOUDAKIS;          )
   MARK WALBERT; DONNA MAE                 )
20 STEFFENS; and DOES 1-20 inclusive,      )
                                           )
21                                         )
            Defendants.                    ) Complaint filed:  May 20, 2009
22 _____        )
                                           )
23

24       On February 3, 2009 at 9:00 a.m. or shortly thereafter, in Courtroom 6 of the above-

25 entitled Court, came before the Court the regularly scheduled hearing on Defendants SAXON

26 MORTGAGE, INC.'s and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS

27 TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-2, erroneously sued as

28 DEUTSCHE BANK NATIONAL TRUST COMPANY's (collectively "Defendants") Motion

   to Dismiss Plaintiff's First Amended Complaint ("FAC").

                                      1
   [PROPOSED] ORDER GRANTING MOTION TO DISMISS FAC

Upon consideration of all the written submissions and any oral arguments regarding the aforementioned Motion, **THE COURT ORDERS AS FOLLOWS:**

1. Defendants' Motion to Dismiss the First Claim (Violation of the Truth in Lending Act) to the FAC of Plaintiff RUTH SIAS ("Plaintiff"), pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

2. Defendants' Motion to Dismiss the Second Claim (Violation of California Rosenthal Act) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

3. Defendants' Motion to Dismiss the Third Claim (Negligence) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

4. Defendants' Motion to Dismiss the Fourth Claim (Violation of the Real Estate Settlement Procedures Act) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

5. Defendants' Motion to Dismiss the Fifth Claim (Breach of Fiduciary Duty) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

6. Defendants' Motion to Dismiss the Sixth Claim (Fraud) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

7. Defendants' Motion to Dismiss the Seventh Claim (California *Business & Professions Code* § 17200) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FAC**

1        8.      Defendants' Motion to Dismiss the Eighth Claim (Breach of Contract) to

2  Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED

3  ~~WITH~~ WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which

4  relief can be granted.

5        9.      Defendants' Motion to Dismiss the Ninth Claim (Breach of Covenant of Good

6  Faith and Fair Dealing) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule

7  12(b)(6), is GRANTED ~~WITH~~ WITHOUT LEAVE TO AMEND since that claim fails to state

8  a claim upon which relief can be granted.

9        10.     Defendants' Motion to Dismiss the Tenth Claim (Wrongful Foreclosure) to

10  Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED

11  ~~WITH~~ WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which

12  relief can be granted.

13

14      **IT IS SO ORDERED**.

15  DATED:  *2-3-2010*

16                   Honorable John A. Mendez

17                   United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FAC**