```
 1  WRIGHT, FINLAY & ZAK, LLP
    T. Robert Finlay, Esq., SBN 167280
 2  Robert B. Norum, Esq., SBN 240301
 3  4665 MacArthur Court, Suite 280
    Newport Beach, CA 92660
 4  Tel: (949) 477-5050; Fax: (949) 477-9200
    rfinlay@wrightlegal.net; bnorum@wrightlegal.net
 5
 6  Attorneys for Defendants, SAXON MORTGAGE, INC. and DEUTSCHE BANK NATIONAL
    TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-2,
 7  erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RUTH SIAS, | ) Case No.: 2:09-CV-01402-JAM-GGH |
|---|---|
| Plaintiff, | ) HON. JOHN A. MENDEZ |
| vs. | ) [~~PROPOSED~~] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT |
| SAXON MORTGAGE, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; REGIONAL SERVICE CORPORATION, REGIONAL TRUSTEE SERVICES CORPORATION; PREMIER MORTGAGE; NORMAN D. MULLIN; ALEKSANDR GOLDSHTADT; ALEX NIKOLOUDAKIS; MARK WALBERT; DONNA MAE STEFFENS; and DOES 1-20 inclusive, | |
| Defendants. | ) Complaint filed: May 20, 2009 |

On February 3, 2009 at 9:00 a.m. or shortly thereafter, in Courtroom 6 of the above-entitled Court, came before the Court the regularly scheduled hearing on Defendants SAXON MORTGAGE, INC.'s and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-2, erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY's (collectively "Defendants") Motion to Dismiss Plaintiff's First Amended Complaint ("FAC").

1

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FAC**

Upon consideration of all the written submissions and any oral arguments regarding the aforementioned Motion, **THE COURT ORDERS AS FOLLOWS:**

1. Defendants' Motion to Dismiss the First Claim (Violation of the Truth in Lending Act) to the FAC of Plaintiff RUTH SIAS ("Plaintiff"), pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

2. Defendants' Motion to Dismiss the Second Claim (Violation of California Rosenthal Act) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

3. Defendants' Motion to Dismiss the Third Claim (Negligence) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

4. Defendants' Motion to Dismiss the Fourth Claim (Violation of the Real Estate Settlement Procedures Act) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

5. Defendants' Motion to Dismiss the Fifth Claim (Breach of Fiduciary Duty) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

6. Defendants' Motion to Dismiss the Sixth Claim (Fraud) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

7. Defendants' Motion to Dismiss the Seventh Claim (California *Business & Professions Code* § 17200) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED ~~WITH~~/WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which relief can be granted.

1    8.  Defendants' Motion to Dismiss the Eighth Claim (Breach of Contract) to
2 Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED
3 ~~WITH~~ WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which
4 relief can be granted.

5    9.  Defendants' Motion to Dismiss the Ninth Claim (Breach of Covenant of Good
6 Faith and Fair Dealing) to Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule
7 12(b)(6), is GRANTED ~~WITH~~ WITHOUT LEAVE TO AMEND since that claim fails to state
8 a claim upon which relief can be granted.

9    10. Defendants' Motion to Dismiss the Tenth Claim (Wrongful Foreclosure) to
10 Plaintiff's FAC, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED
11 ~~WITH~~ WITHOUT LEAVE TO AMEND since that claim fails to state a claim upon which
12 relief can be granted.

14    **IT IS SO ORDERED.**

15 DATED: 2-3-2010

16                                     _[signature]_
                                        Honorable John A. Mendez
17                                     United States District Court Judge

---

3

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FAC**