1  WRIGHT, FINLAY & ZAK, LLP
   T. Robert Finlay, Esq., SBN 167280
2  Robert B. Norum, Esq., SBN 240301
3  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660
4  Tel: (949) 477-5050; Fax: (949) 477-9200
   rfinlay@wrightlegal.net; bnorum@wrightlegal.net
5

6  Attorneys for Defendants, SAXON MORTGAGE, INC. and DEUTSCHE BANK NATIONAL
   TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-2,
7  erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY

8
9                          UNITED STATES DISTRICT COURT
10                         EASTERN DISTRICT OF CALIFORNIA
11

12 RUTH SIAS,                              ) Case No.: 2:09-CV-01402-JAM-GGH
                                           )
13         Plaintiff,                      ) HON. JOHN A. MENDEZ
                                           )
14     vs.                                 ) [~~PROPOSED~~] *JAM* ORDER EXPUNGING LIS
                                           ) PENDENS
15                                         )
   SAXON MORTGAGE, INC.; DEUTSCHE          )
16 BANK NATIONAL TRUST COMPANY;            )
   REGIONAL SERVICE CORPORATION,           )
17 REGIONAL TRUSTEE SERVICES               )
18 CORPORATION; PREMIER MORTGAGE;          )
   NORMAN D. MULLIN; ALEKSANDR             )
19 GOLDSHTADT; ALEX NIKOLOUDAKIS;          )
   MARK WALBERT; DONNA MAE                 )
20 STEFFENS; and DOES 1-20 inclusive,      )
21                                         )
           Defendants.                     ) Complaint filed: May 20, 2009
22                                         )

23
           On February 3, ~~2009~~ *2010* at 9:00 a.m. or shortly thereafter, in Courtroom 6 of the above-
24
25 entitled Court, came before the Court the regularly scheduled hearing on Defendants SAXON
26 MORTGAGE, INC.'s and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
27 TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-2, erroneously sued as
28 DEUTSCHE BANK NATIONAL TRUST COMPANY's (collectively "Defendants") Motion
   to Expunge Lis Pendens ("Motion to Expunge").

                                           1

1   Upon consideration of all the written submissions and any oral arguments regarding the
2   aforementioned Motion, **THE COURT ORDERS AS FOLLOWS:**

3   The Notice of Pendency of Action (Lis Pendens) recorded on June 2, 2009, in the
4   Sacramento County Official Records at Book 20090602, Page 0886, with respect to the
5   property commonly known as 1111 Mormon Street, Folsom, California 95630, APN 070-
6   0146-011-0000, is hereby expunged so as not to constitute constructive or actual notice of any
7   matter contained in it, or of any matters relating to this action, or create any duty of inquiry in
8   any person dealing with the real property described in the Notice after the date of recordation
9   of this Order.

10  **IT IS FURTHER ORDERED** that Plaintiff RUTH SIAS and her attorneys of record,
11  Law Offices of Jonathan G. Stein ~~and Law Offices of Margaret Broussard, jointly and~~
12  ~~severally~~, shall pay Defendants the sum of $2,613.00, pursuant to *Code of Civil Procedure* §
13  405.38 within 10 days from the date of entry of this Order.

15  **IT IS SO ORDERED.**

16  DATED: 2-3-2010

17  Honorable John A. Mendez
18  United States District Court Judge

---

2

[PROPOSED] ORDER EXPUNGING LIS PENDENS